# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1817

_____

Mwati P. McKenzie,             *
                                        *

           Appellant,           *

                                        *    Appeal from the United States

       v.                           *    District Court for the

                                        *    District of Minnesota.

Joan Fabian, Commissioner of     *

Corrections; Lynn Dingle, Chief    *    [UNPUBLISHED]

Corrections Officer; Erik Skon,     *

Deputy Assistant Commissioner,    *

                                        *

          Appellees.           *

_____

Submitted: December 22, 2009
Filed: January 8, 2010

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Mwati McKenzie appeals the district court's[1] dismissal of his civil-rights action. Upon de novo review, see Parkhurst v. Tabor, 569 F.3d 861, 865 (8th Cir. 2009), we conclude dismissal was proper for failure to state a claim. We affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.